IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Walker, Sheila | Case Number: 05 B 10717 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/3/08 | Filed: 3/23/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 18, 2008
Confirmed: May 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,700.00 | |
| Secured: | | 692.54 |
| Unsecured: | | 1,854.70 |
| Priority: | | 170.00 |
| Administrative: | | 2,405.20 |
| Trustee Fee: | | 277.56 |
| Other Funds: | | 300.00 |
| Totals: | 5,700.00 | 5,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,405.20 | 2,405.20 |
| 2. | Monterey Financial Services | Secured | 286.47 | 286.47 |
| 3. | Illinois Title Loans | Secured | 406.07 | 406.07 |
| 4. | Illinois Dept of Revenue | Priority | 170.00 | 170.00 |
| 5. | Premier Bankcard | Unsecured | 54.02 | 165.00 |
| 6. | Arrowhead Investments | Unsecured | 71.40 | 218.08 |
| 7. | Monterey Financial Services | Unsecured | 0.05 | 0.15 |
| 8. | FSM Group Inc | Unsecured | 14.00 | 42.76 |
| 9. | A All Financial | Unsecured | 132.46 | 404.57 |
| 10. | Quick Payday | Unsecured | 58.80 | 179.57 |
| 11. | Citizens Bank | Unsecured | 235.33 | 718.79 |
| 12. | Illinois Title Loans | Unsecured | 41.19 | 125.78 |
| 13. | BMG Distribution | Unsecured | | No Claim Filed |
| 14. | Citibank | Unsecured | | No Claim Filed |
| 15. | Household | Unsecured | | No Claim Filed |
| 16. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 17. | Fast Cash | Unsecured | | No Claim Filed |
| 18. | First National Fund | Unsecured | | No Claim Filed |
| 19. | Household Finance | Unsecured | | No Claim Filed |
| 20. | Nextel Communications | Unsecured | | No Claim Filed |
| 21. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 22. | The Norwood Group | Unsecured | | No Claim Filed |
| 23. | Sprint PCS | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 3,874.99 | $ 5,122.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Walker, Sheila

Printed: 9/3/08

Case Number: 05 B 10717
Judge: Wedoff, Eugene R
Filed: 3/23/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 18.00 |
| 5.5% | 77.44 |
| 5% | 11.84 |
| 4.8% | 22.69 |
| 5.4% | 131.20 |
| 6.5% | 16.39 |
| | _____ |
| | $ 277.56 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

